JOHN O. GODBOUT, as General Guardian of BETTY C. IRWIN, an Infant, and as Administrator of the Estate of JOHN N. IRWIN, Deceased, Respondent, v. ANNIE L. IRWIN, Defendant, and ARTHUR F. GEELE, JR., et al., Appellants.

Submitted October 4, 1948; decided October 7, 1948.

*Alfred E. Buck* for motion.

No one opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.